

ENTERED ON DOCKET
2/29/00 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN ALBERTO COLON CABRERA, et al., <br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br>    Defendants. | Civil No. 97-1667 (HL) |

## JUDGMENT

The Court having issued an opinion and order in favor of plaintiffs on this same date, judgment is hereby entered ordering: 1) that the lease agreement be rescinded; 2) the cancellation of the registration of the property as to the original tenant; 3) the cancellation of the mortgage registered in favor of the original creditor, Banco Santander de Puerto Rico; and 4) the SBA to pay all past-due rent from January 1997 to July 1998 (the start of the fifth year under the agreement, which was pre-paid), with interest.

San Juan, Puerto Rico, February 29, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge.



AO 72A
(Rev.8/82)