## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colón Cabrera, et al

**v.**

U.S.A.

**CASE NUMBER:** 97-1667 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4/13/00    **Docket #** 60 <br> [ ] **Plffs**   [x] **Defts**   [ ] **Other** <br> **Title:** Motion for extension of time | Granted until **May 18, 2000**. No further extensions shall be granted. |

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

Date 4/24/00



