UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colon Cabrera, et al.,
    Plaintiffs,
    V.                                CASE NUMBER: 97-1667 (HL)
United States Small Business Administration, et al.,
    Defendants.

## MOTION

Date Filed: 3/31/00    Docket # 59, 63, 65, 66, 67, 68, 69, 70, 71, 72, 73    [x] Plffs [x] Defts
Title: Plaintiffs' Request for Attorney's Fees
Opp'n Filed:    Docket #

## ORDER

    In light of the parties' agreement that Plaintiffs request for attorney's fees requires them to show that Defendants "acted in bad faith, vexatiously, wantonly, or for oppressive reasons," Dkt. No. 71, the Court hereby denies Plaintiffs' request for attorney's fees. Plaintiffs' arguments regarding Defendants' conduct during litigation and settlement negotiations establish that Defendants' zealously defended their position, but they do not show that Defendants "acted in bad faith, vexatiously, wantonly, or for oppressive reasons."
    As for the discrepancy in Plaintiffs' and Defendants' methods of calculating the interest due to Plaintiffs, the Court is loath to involve itself in a dispute in which at most $702.48 separates the parties' estimates of an amount that totals approximately $80,000.00. The parties are *strongly encouraged* to resolve this dispute without the Court's intervention.
    Further, Defendants' motion to seal Dkt. No. 66, see Dkt. No. 65, is granted.
    Finally, the Clerk of the Court is ordered to deliver to Plaintiffs the original mortgage note in the amount of $600,000.00 which has been endorsed for cancellation and the certified copy of the leasehold mortgage deed deposited with the Court by Defendants. See Dkt. No. 66.

## MOTION

Date Filed: 6/30/00    Docket # 64    [x] Plffs [] Defts
Title: Motion for Execution of Judgment
Opp'n Filed:    Docket #

## ORDER

Moot.

Date 7/13/00    HECTOR M. LAFFITTE
                                    Chief U.S. District Judge