UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colon Cabrera, et al.,
    Plaintiffs,
    V.
United States Small Business Administration, et al.,
    Defendants.

CASE NUMBER: 97-1667 (HL)

| MOTION |
|---|

Date Filed: 3/31/00    Docket # 58, 61    [x] Plffs  [x] Defts
Title: Motion to Amend Judgment Nunc Pro Tunc
Opp'n Filed:    Docket #

| ORDER |
|---|

Plaintiffs shall respond to Defendants' opposition by July 26, 2000.

Date 7/13/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

