IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN ALBERTO COLON CABRERA, et al.,

    Plaintiffs,

v.   CIVIL NO.: 97-1667 (HL)

UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,

    Defendants.

### ORDER OF EXECUTION

Upon motion filed by plaintiffs herein for the execution of the judgment entered by this Court on March 1, 2000, and it appearing from the records of this Court and from the parties' subsequent motions that contrary to this Court's judgment, the registration of the lease agreement with respect to plaintiffs' property and the mortgage lien on said lease agreement have not been cancelled in the Puerto Rico Registry of the Property; and

It further appearing that more than ten days have elapsed from the entry of judgment;

IT IS HEREBY ORDERED:

(1) That the Puerto Rico Registrar of Property cancel the registration of the lease agreement registered in the 47th folio of volume 293 of Hatillo, third registered entry;[1] and the registration of the mortgage registered in the 47th folio of volume 293 of Hatillo, fourth and last

---

[1] "[I]nscrito al folio 47 del tomo 293 de Hatillo, inscripción 3ra."



registered entry;[2] both of which encumber the following property:

> PROPERTY: #18897, registered in folio 46 of volume 293 of Hatillo, first registered entry, Second Section of Arecibo.
>
> DESCRIPTION: Rustic. Located in Barrio Carrizales within the municipal boundaries of Hatillo, consisting of 2989.0460 square meters, bordering on the NORTH with Lucía Rivera González. SOUTH, with State Road #2. EAST, with Leonardo Cordero. WEST, with Lucía Rivera González.[3]

IT IS SO ORDERED.

In San Juan, Puerto Rico this 15th day of September, 2000

_____
CHIEF, UNITED STATES DISTRICT JUDGE

---

[2] "[I]nscrita al folio 47 vto. del tomo 293 de Hatillo, inscripción 4ta. y última"

[3] FINCA: #18897, inscrita al folio 46 del tomo 293 de Hatillo, inscripción 1ra. Sección Segunda de Arecibo.

   DESCRIPCION: Rústica. Radicada en el Barrio Carrizales del término municipal de Hatillo, compuesta de 2989.0460 metros cuadrados, en lindes por el NORTE, con Lucía Rivera González. SUR, con Carretera Estatal #2. ESTE, con Leonardo Cordero. OESTE, con Lucía Rivera González.