UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
00 SEP 18 AM 10: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Juan Alberto Colon Cabrera, et al.
    Plaintiffs
        v.                      CASE NUMBER: 97-1667 (HL)

United States Small Business Administration,
et al.
    Defendants

**AMENDED JUDGMENT**

The Court having entered an Opinion and Order on this date, an amended judgment is entered ordering: (1) that the lease agreement be rescinded; (2) the cancellation of the registration of the property as to the original tenant; 3) the cancellation of the mortgage registered in favor of the original creditor, Banco Santander de Puerto Rico; (4) the SBA to pay all past-due rent from January 1997 to July 1998 (the start of the fifth year under the agreement, which was pre-paid) and from July 1999 to February 2000, with interest.

Date 9-15-00                      HECTOR M. LAFFITTE
                                                Chief Un.S. District Judge

AO 72A
(Rev.8/82)