UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colon Cabrera, et al.
    Plaintiffs
    v.

CASE NUMBER: 97-1667 (HL)

United States Small Business Administration,
et al.
    Defendants

*RECEIVED AND FILED
00 SEP 18 AM 10: 51
U.S. CLERK'S OFFICE
SAN JUAN, P.R. DISTRICT COURT*

| MOTION |
|---|
| **Date Filed:**    Docket # 78, 79    [x] Plffs  [x] Defts  [ ] Other<br>**Title:** Resolution of Interest Issue |
| **ORDER** |
| **Noted.** The Court strongly encourages *both* parties to conduct future negotiations in **good faith**. |

Date 9-15-00

HECTOR M. LAFFITTE
Chief U.S. District Judge