UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colon Cabrera, et al.
Plaintiffs

v.                                           CASE NUMBER: 97-1667 (HL)

United States Small Business Administration
Defendant

| MOTION | ORDER |
|---|---|
| Date Filed: 10/19/00   Docket # 85<br>[x] Plffs [ ] Defts [ ] Other<br>Title: Motion for return of funds | The motion requesting withdrawal of funds is hereby **granted**. Accordingly, the Clerk of the Court is hereby **ordered** to draw a check in the principal amounts designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEE                              AMOUNT<br>Juan Alberto Colon Cabrera<br>Maria Teresa Lopez Beguiristain         $37,477.81<br><br>The check shall be mailed to Plaintiff's attorney of record. |

Date  10/25/00

HECTOR M. LAFFITTE
U.S. District Judge