UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Juan Alberto Colon Cabrera, et al.
Plaintiffs

v.  **CASE NUMBER:** 97-1667 (HL)

Small Business Administration, et al.
Defendants

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket #88<br>[ ] Plffs  [x] Defts  [ ] Other<br>**Title:** Motion Requesting Disbursement of Funds Deposited | The motion requesting disbursement of funds is hereby **granted**.<br>  Accordingly, the Clerk of the Court is hereby **ordered** to draw a check in the principal amounts designated below, plus all accrued interest less administrative fees to be deducted pursuant to Local Rules 115.2(a) and 116 on the registry funds on deposit in the Court's designated financial institution, as follows:<br><br>NAME OF PAYEE                    AMOUNT<br>Small Business Administration        $7,600<br><br>Defendant's attorney of record shall collect the check. |

Date 6/14/01

HECTOR M. LAFFITTE
U.S. District Judge